**Order entered February 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01003-CV

### THOMAS CLYDE DAVIS, Appellant

### V.

### TERIE LERLENE DAVIS, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-19393**

## ORDER

Before the Court is appellee's February 11, 2019 unopposed second motion for extension

of time to file her brief.  We **GRANT** the motion and **ORDER** the brief filed on or before March

4, 2019.

/s/    ERIN A. NOWELL
        JUSTICE